Docket & File

# MINUTE ENTRY

**JOAN M. AZRACK, USMJ**  DATE: 12/17/12

**DOCKET:** 12-CV-752 (JBW)  CASE: Castillo et al v. The City of New York et al.

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

☐ TELEPHONE   ☑ IN-PERSON

**CIVIL CAUSE FOR:**

☐ INITIAL CONF.   ☐ STATUS CONF.   ☑ SETTLEMENT CONF.   ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court:  ☐ 15   ☐ 30   ☑ 45   ☐ 60   ☐ Other: ____

FOR PLAINTIFF: Michael Huston (w/ client)

FOR DEFENDANT: Liza Sohn

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

Sett. conf held

Sett discussions ongoing

All counsel to call chambers by 12/21/12

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*

☐ Next conference on _____   ☐ Telephone   ☐ In-Person
☐ Pre-Trial Order by _____